**Marlon HEADS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28972.**

Court of Criminal Appeals of Texas.

April 24, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful possession of wine for the purpose of sale in a dry area; the punishment, 45 days.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear regular, and nothing is presented for review.

The judgment is affirmed.